United States District Court

Eastern District of Louisiana

Lary

v().   CIVIL ACTION NO. 2:01-cv-02432 S (5)

Harris

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, August 13, 2001.

By Direction of the Court

LORETTA G. WHYTE, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JULIA THIBODEAUX LARY　　　　　　　＊　　CIVIL NO: 01-2432

VERSUS

WILLIE F. HARRIS, JR., RENTECH
BOILER SERVICES, INC. and TRINITY
UNIVERSAL

SECT. S MAG. 5

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PETITION FOR REMOVAL

The Petition of WILLIE F. HARRIS, JR., RENTECH BOILER SERVICES, INC. and TRINITY UNIVERSAL INSURANCE COMPANY respectfully represents:

1.

On May 9, 2001, an action was commenced against the forenamed Petitioners as Defendants in the 29th Judicial District Court, Parish of St. Charles, State of Louisiana, in the matter entitled "*Julia Thibodeaux Lary v. Willie F. Harris, Jr., Rentech Boiler Services, Inc. and Trinity Universal*", bearing Docket Number 55,313-E on the docket of that court, with the filing of a Petition in that case, a copy of which is annexed as Exhibit A hereto. On information and belief, at the time of the commencement of this action, and since that time, Plaintiff, JULIA THIBODEAUX LARY, has been a citizen of the State of Louisiana.

2.

At the time of the commencement of this action, and since that time, Defendant, WILLIE F. HARRIS, JR., has been a citizen of the State of Texas.

3.

At the time of the commencement of this action, and since that time, Defendant, RENTECH BOILER SERVICES, INC., has been a foreign corporation licensed in the State of Texas with its principal place of business in Baton Rouge, Louisiana.

4.

At the time of the commencement of this action, and since that time, Defendant, TRINITY UNIVERSAL INSURANCE COMPANY is a foreign company licensed in the State of Texas with its principal place of business in Dallas, Texas.

5.

Because a diversity of citizenship exists between Plaintiff and Defendants which were still in existence at the time of the commencement of the suit, the requisite for subject matter jurisdiction under 28 USC Section 1332 are met.

6.

Upon information and belief, Plaintiff claims entitlement to an amount in excess of Seventy-Five Thousand ($75,000) Dollars, and therefore, the jurisdictional requirement of 28 USC Section 1332 is also met.

7.

Because complete diversity exists between the plaintiff and all existing defendants and the amount actually in controversy exceeds the jurisdictional requirements, this Court is vested with the subject matter jurisdiction over this action, and removal is proper under 28 USC Section 1441 et seq.

8.

Service was made upon defendants within thirty (30) days of the date of this Petition. Therefore, this removal petition is timely filed under 28 USC Section 1446.

9.

Defendants file with this Petition for Removal a Notice of Removal indicating that a copy of this Petition with notice has been sent to Plaintiff's counsel and filed in the 29th Judicial District Court for the Parish of St. Charles, State of Louisiana.

WHEREFORE, WILLIE F. HARRIS, JR., RENTECH BOILER SERVICES, INC. and TRINITY UNIVERSAL INSURANCE COMPANY respectfully request that this Petition for Removal be deemed good and sufficient and that the cause be removed to this Honorable Court.

RESPECTFULLY SUBMITTED,

BY: _____
John P. Wolff, III, Bar #14504 (T.A.)
KEOGH, COX & WILSON, LTD.
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (504) 383-3796
ATTORNEY FOR PETITIONERS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that promptly after the filing of the Petition for Removal in this Honorable Court, the attached Notice of Removal, together with copies of the Petition above, were filed with the Clerk for the 29th Judicial District Court, Parish of St. Charles, State of Louisiana, properly addressed and first class postage prepaid; and I further certify that promptly after the filing of the Petition, a copy of the Petition was served upon Anthony J. Hebert by depositing same into the U.S. Mail properly addressed and first class postage prepaid on this 9th day of Aug, 2001.

_____
JOHN P. WOLFF, III

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JULIA THIBODEAUX LARY          *CIVIL NO.:

VERSUS

WILLIE F. HARRIS, JR., RENTECH
BOILER SERVICES, INC. and TRINITY
UNIVERSAL
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### **VERIFICATION**

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

    BEFORE ME, the undersigned authority, personally came and appeared:

### **JOHN P. WOLFF, III**

who, being duly sworn, did depose and state:

    That he is the attorney for Petitioners, WILLIE F. HARRIS, JR., RENTECH BOILER SERVICES, INC. and TRINITY UNIVERSAL INSURANCE COMPANY and that he has prepared the foregoing Petition for Removal and signed it on behalf of Petitioner with its approval and at its request, and that the contents of the Petition are true and correct to the best of his knowledge, information and belief.

_____
JOHN P. WOLFF, III

SWORN TO AND SUBSCRIBED before me, this __8__ day of __August__, 200_1_.

_____
NOTARY PUBLIC

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**